# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Anthony Woods, )
)
)
Plaintiff )
)
vs. )
) Case No. 15-3239
Betty J. Smith administrator, ) (The case number will be assigned by the clerk)
Jered Shofner Sheriff, Mike )
Walker Chief Deputy, John )
Doe Correctional Officer 1# John )
Doe Correctional Officer 2# John )
Doe Correctional Doctor, Jane Doe 1# )
Nurse, Jane Doe 2# Nurse )
_____ , )
)
Defendant(s) )

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## Amended COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

    Full Name: __Anthony Woods__

    Prison Identification Number: __B-02574__

    Current address: __2500 Rte 99, South Mt. Sterling, Illinois 62353__

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

    Defendant #1:

        Full Name: __Betty Smith__

        Current Job Title: __Jail Administrator__

        Current Work Address __101 W. Washington Street Clinton, Illinois 61727__

    Defendant #2:

        Full Name: __Jered Shofner__

        Current Job Title: __Sheriff__

        Current Work Address __100 W. Washington Street Clinton, Illinois 61727__

    Defendant #3:

        Full Name: __Mike Walker__

        Current Job Title: __Chief Deputy__

Current Address
101 W. Washington St.
Clinton, Illinois 61727

Defendant(s) #4
Current Job Title
Current Work Address

John Doe: Age 22 to 26, 5,11 to 6,1 feet tall, 200 to 215 lb.
Correctional Officer #1
101 W. Washington St.
Clinton, Illinois 61727

Defendant(s) #5
Current Job Title
Current Work Address

John Doe: Age 23 to 27, 5,10 to 6 feet tall, 209 to 225.
Correctional Officer #2
101 W. Washington St.
Clinton, Illinois 61727

Defendant(s) #6
Current Job Title
Current Work Address

John Doe
Doctor for Dewitt County
101 W. Washington St.
Clinton, Illinois 61727

Defendant(s) #7

John Doe

3

Current Job Title: Mental Health Doctor for Dewitt County

Current Work Address: 101 W. Washington st. Clinton, ILLinois 61727

Defendant #4:

Full Name: Jane Doe: White female, blond/or Light Color hair, 5,10 to 6 ft. Age 35 to 42

Current Job Title: Nurse #1

Current Work Address: 101 W. Washington st. Clinton, ILLinois 61727

Defendant #5:

Full Name: Jane Doe: White female, Dark hair, 5,8 to 5,11 tall Age 30 to 37

Current Job Title: Nurse #2

Current Work Address: 101 W. Washington Clinton, ILLinois 61727

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☑

4

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number   N/A

   2. Basic claim made   N/A

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)   N/A

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.

A. Is there a grievance procedure available at your institution?  Yes ■  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ■   No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?  Yes ■  No ☐

5

## V. STATEMENT OF CLAIM

Place(s) of the occurrence <u>Dewitt County Jail, 101 W. Washington st. Clinton Illinois</u>

Date(s) of the occurrence <u>August 22, 2013 - October 13, 2013</u>

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

1. Plaintiff was transferred to Dewitt County Jail on August 22, 13 due to Cook County Jail overcrowded when the plaintiff arrived at Dewitt County Jail, the defendant(s) there acted with cruel and unusual punishment and deliberate indifference.

2. Defendant John Doe Officer 1# on August 22, 2013 while screening Plaintiff for intake, was told by Plaintiff about Bleed pressure checks and pain meds, And sleep meds, And after the Long ride from Cook County Jail (4½ hours) needed something for pain. Officer John Doe 1# told Plaintiff to wait until the nurse comes around with med pass-out that night.

3. Then Correctional Officer John Doe 2# took Plaintiff to be strip search. During the search the Officer John Doe 2# took Plaintiff's adidas sneakers prescribed by Cook County Doctor as permanent. Plaintiff explained that the sneaker(s) where prescribed and help with the pain and was in need of the shoe's or maybe injured even more. Plaintiff then let's Officer John Doe 2# know that he was in pain and in need of some of his Pain meds. Defendant Officer John Doe 2# Replied "I don't

care you have to give me the gym shoes" Plaintiff then told Officer John Doe 2# that he had been to two car accident(s) and Plaintiff Really need the Sneakers, and was prescribed by a Doctor again. See Exhibit 1# (shows the Sneakers were medically prescribed to Plaintiff)

4. Defendant Officer John Doe 2# stated again "I dont Care" "about you being in pain." And "Order plaintiff to "take off the gym shoes'." The Officer John Doe 2# intentionally interferred with a Medical prescribed prescription (Order). The Officer John Doe 2# intentionally Left Plaintiff to suffer in pain, Even with notice of high blood pressure.

5. Later that night, Defendant Jane Doe nurse 1# come around to pass out Medication(s) and Plaintiff asked about his prescribed medication(s) and explained to the nurse that Defendant John Doe 2# took his Medically prescribed footwear (adidas Sneakers)

6. Plaintiff to Defendant Jane Doe nurse 1# that he was in pain, and needed his blood pressure medication, his footwear and pain medication, and his Mental Health medication(s). Any thing to help with the pain. Nurse Jane Doe 1# told Plaintiff there was nothing she could do for Plaintiff.

7. Nurse Jane Doe 1# lied to the Plaintiff and said "Cook County Medical Staff had faxed the Plaintiff medical file(s) and there was no indication of any Prescribed Medication for mental Health care listed. The Nurse Jane Doe 1# lied see Exhibit 1# (which shows Cook County prescribed diphenhydramine 50 mg, 400 mg Ibuprofen for pain and prescription for the Plaintiff(s) footwear) see Exhibit 1 and 2#

7

Plaintiff asked Jane Doe Nurse 1# to Please contact Cook County Medical Staff, where they can Confirm the Plaintiff has high blood pressure, has a prescription for 400 mg. Ibuprofen for pain. The nurse Jane Doe 1# stated She was not Contacting Cook County for nothing and she was going to put Plaintiff in to be seen by doctor. Plaintiff Don't Beleave she ever put Plaintiff in to see Doctor. Nurse Jane Doe 1# Left Plaintiff in pain

9. Defendant John Doe Doctor 1# or 2# Never responded to the Plaintiff Medical request made by Kiosk, and Left Plaintiff in pain.

10. On or around Sept, 03, 2013 plaintiff wrote (by Kiosk) Betty J. Smith Jail administator and Let her Know Plaintiff was in pain also in need of blood pressure checks to help with Head acks. To Let Jail administator Know Plaintiff was not getting any of the Prescribed medication(s), and foot wear had been taken and Plaitiff was in Pain.

11. Defendant Betty J. Smith did not do anything, but left Plaintiff in pain, she did not contact Cook County Medical administion to confirm whether or not the Plaintiff was on Prescribed medication(s) nor did she put the Plaintiff in for sick call. After Plaintiff informed her, no one would see him for his pain (feet, Knee, Legs, headache) and medical condition(s)

8

12. On September 09, 2013 Defendant Jane Doe 2nd Plaintiff informed her he was in a lot of pain from not having his bloodpressure check(s) or medication(s). Nurse Jane Doe 3rd assured the Plaintiff he would see the Doctor within 7 days. However that never happen and they did not follow Dewitt County Medical Policy (See Exhibit #3)(Dewitt County Jail Hand Booklet pg 6.)

Jane Doe #3 Nurse did not provide the Plaintiff with any type of non prescribed pain medication(s) until he seen the Doctor, but she intentionally left the Plaintiff in pain. And Plaintiff could buy pain medication off Commissary.

13. On or About September 13, 2013 the Plaintiff seen Nurse Jane Doe 1st (while Medication pass out). he asked her is there anything she could do for his pain. She replied "no" and "that I could buy pain medication off Commissary." The Plaintiff told the Nurse Jane Doe 1st "He had no money. She stated "you will have to bear the pain."

14. On or About September 23, 2013 Plaintiff wrote Defendant Shofner a few words and told him, he has a medical prescribed shoe perment for his sneakers and told Defendant Plaintiff has a medical care issue(s) and during intake into Dewitt County Correctional Officer(s) had taken his sneakers, and that Plaintiff need his sneakers to prevent any futher injury to his feet and knees and his pain

15. Plaintiff futher informed Defendant Shofner that he told the medical Department that he was in pain, and

9 pg.

prescription for pain. The medical Staff in Dewitt County would not put him in to see the Doctor nor will they contact Cook County for Confoomation and they was Leaving Plaintiff in pain

16. Defendant Shofner would not do anything and he Left the Plaintiff in pain. Defendant Shofner did not Contact Dewitt County Medical Staff to put Plaintiff in to see Doctor

17. On or about September, 25   2013  the Plaintiff was able to see Defendant Chief Deputy Mike Walker going to Control' Both, And asked Chief Deputy Walker why Officer John Doe had take my sneakers. Also that I needed my Sneakers to Prevent further Injury to my feet and Knees. Chief Deputy Walker Let me Know that's what the rules are And that I didn't see anyone Else with there Sneakers!

18. I began to Let Chief Deputy Walker Know about my pain and no Sleep. With my Blood pressure not in check that no one would Help me. With a little agressiveness, I was told to go on to Library. And that we would Look in to the matter. I complyed again I was Left in pain.

10 pg

RELIEF REQUESTED

(State what relief you want from the court.)

① Award Plaintiff the sum amount $300,000 in Conpensatory Damages.

② Award Plaintiff the sum amount 200,000 in Punitive Damages.

③ Award Plaintiff the sum amount $15,000 in Monetary Bamages.

④ Award Plaintiff the sum amount $5,000 in emotional DeStress Damages.
⑤ And/or Injunction to stop Defendant(s) from taken any foot wear from Detainees. ⑥ To improve Mental Health in Dewitt County Jail.
⑦ To train Staff on how notice and Handle mental Health person(s)

JURY DEMAND      Yes ☒      No ☐

Signed this January day of 27, 20 16.

(Signature of Plaintiff) Anthony Woods

Name of Plaintiff: Anthony Woods

Inmate Identification Number: B-02574

Address: 2500 Rt. 99 South Mt. Sterling, ILL 62353

Telephone Number:

# Orders

 Exhibit B.

```
Patient : WOODS, ANTHONY            Med Rec # : 00043129z
Address : 530 N LEAMINGTON, APT     DOB : 04/03/71
          CHICAGO, IL  60644        Sex : Male
Phone : (312) 546-2946              Physician :
```

## All Active Orders

**Condition (Active)**
  **Mental Health Classification**
    P2 - Outpatient Mental Health, 04/20/13 8:00:00
  **Alert CCDOC**
    07/19/13 11:10:00, Footwear, Routine, 11/30/13 11:11:00, (permanent)

**Medications (Active)**
  **diphenhydrAMINE (diphenhydramine 50 mg Cap UD)**
    50 MG, 1 CAP, Cap, PO, Bedtime, Routine, 07/10/13 21:00:00, 12 WEEK, 10/02/13 20:59:00
  **ibuprofen (ibuprofen 400 mg Tab UD)**
    400 MG, 1 TAB, Tab, PO, Q 12 hr kop, PRN, For Pain, Routine, 07/19/13 11:03:00, 08/31/13 11:03:00

**Radiology (Active)**
  **Knee AP/Lat Bilateral**
    07/19/13 11:12:00, All Cermak Patients, Other (Enter in "Clinical Information" field), history trauma; car vs knee,
    Routine, 773-674-5628, Ambulatory, Sch Do you want a reminder for this appointment?, Schedule Indicator

**Consults/Referrals (Active)**
  **Referral to Health Service**
    Urgent, 01/04/12 16:00:00, HSR Follow Up
  **Follow Up to Psychiatry**
    Routine, 08/14/13 8:30:00
  **Follow Up to Primary Care**
    Routine, 07/19/13 8:00:00

```
Print by : LEDVORA MD, RONALD F
Printed : 07/19/13 11:19        (end of report)        Page 1 of 1
```

# Orders

| | |
|---|---|
| Patient : WOODS, ANTHONY | Med Rec # : 00043129z |
| Address : 530 N LEAMINGTON, APT | DOB : 04/03/71 |
| CHICAGO, IL 60644 | Sex : Male |
| Phone : (312) 546-2946 | Physician : |

## All Active Orders

**Condition (Active)**
　Alert CCDOC
　　07/19/13 8:00:00, Footwear, Routine, 11/30/13 11:11:00, permanent
　Mental Health Classification
　　P2 - Outpatient Mental Health, 04/20/13 8:00:00

**Medications (Active)**
　benzoyl peroxide topical (benzoyl peroxide 5% topical gel) (benzoyl peroxide 5% Gel 45gm TU)
　　1 APP, Gel, Topical, Daily kop, Application Site: Face, 10/05/13 9:00:00, 02/28/14 16:06:00
　clindamycin topical (clindamycin 1% topical solution) (clindamycin topical 1% Sol 60 mL)
　　1 APP, Soln, Topical, Q 12 hr kop, Application Site: Face, 10/04/13 21:00:00, 02/28/14 16:05:00
　ibuprofen (ibuprofen 400 mg Tab (KOP))
　　400 MG, 1 TAB, Tab, PO, Q 12 hr kop, PRN, For Pain, Routine, 10/04/13 16:04:00, 12/31/13 16:04:00

**Laboratory (Active)**
　T4 Free/TSH (TSH/T4)
　　10/25/13 10:35:00, Blood, Routine, Nurse Collect, Schedule Indicator
　Complete Blood Count (CBC with Platelet Count)
　　10/25/13 10:36:00, Blood, Routine, Nurse Collect, Schedule Indicator
　Lipid Profile (Lipid Panel)
　　10/25/13 10:36:00, Blood, Routine, Nurse Collect, Schedule Indicator
　PT/INR/PTT
　　10/25/13 10:36:00, Blood, Routine, Nurse Collect, Schedule Indicator
　Basic Metabolic Profile (BMP)
　　10/25/13 10:38:00, Blood, Routine, Nurse Collect, Schedule Indicator
　Liver Profile
　　10/25/13 10:38:00, Blood, Routine, Nurse Collect, Schedule Indicator
　Sedimentation Rate
　　10/25/13 10:38:00, Blood, Routine, Nurse Collect, Schedule Indicator

**Radiology (Active)**
　Chest PA/Lat
　　10/28/13 9:00:00, All Cermak Patients, Other (Enter in "Clinical Information" field), possible thyromegaly, Routine, 773-674-5628, Ambulatory, Sch Do you want a reminder for this appointment?, Schedule Indicator

**Consults/Referrals (Active)**
　Follow Up to Psychiatry
　　Routine, 10/30/13 13:00:00
　Follow Up to Primary Care
　　Routine, 12/20/13 8:00:00
　Referral to Health Service
　　Urgent, 01/04/12 16:00:00, HSR Follow Up

| | | |
|---|---|---|
| Print by : LEDVORA MD, RONALD F | | |
| Printed : 10/25/13 10:55 | (end of report) | Page 1 of 1 |

# Medication List

```
Patient : WOODS, ANTHONY                    Med Rec # : 00043129z
Address : 530 N LEAMINGTON, APT             DOB : 04/03/71
          CHICAGO, IL  60644                Sex : Male
Phone : (312) 546-2946                      Physician :
```

**All Active Medications**

```
0922G; 2282; 2  Fin#:20111031078  Admit: 10/31/2011 00:00:00 CDT (Medications)
  benzoyl peroxide topical (benzoyl peroxide 5% topical gel) (benzoyl peroxide  5% Gel 45gm TU)
      1 APP, Gel, Topical, Daily kop, Application Site: Face, 10/05/13 9:00:00, 02/28/14 16:06:00
  clindamycin topical (clindamycin 1% topical solution) (clindamycin topical 1% Sol 60 mL)
      1 APP, Soln, Topical, Q 12 hr kop, Application Site: Face, 10/04/13 21:00:00, 02/28/14 16:05:00
  diphenhydrAMINE (diphenhydramine 50 mg Cap UD)
      50 MG, 1 CAP, Cap, PO, Bedtime, Routine, 12/11/13 21:00:00, 12 WEEK, 03/05/14 20:59:00
  ibuprofen (ibuprofen 400 mg Tab (KOP))
      400 MG, 1 TAB, Tab, PO, Q 12 hr kop, PRN, For Pain, Routine, 10/25/13 11:01:00, 01/31/14 11:01:00
```

```
Print by : KELNER MD, DAVID D
Printed : 12/11/13 11:03           (end of report)                    Page 1 of 1
```

This is a page from Dewitt County Jail Hand Booklet Exhibit # 3.

Dewitt County Rules

# SCREENING

When you first enter our facility, you will be screened for immediate health problems/injuries. Injuries obtained during the course of your arrest should be clearly identified and documented by the jail staff at this time. You will also be screened for physical, mental health, and drug/alcohol problems. Within a reasonable amount of time you will be referred to the appropriate professionals. If you think you have a health problem, this is the time to request help.

Upon entering our facility, you will be classified according to:
1. Illinois County Jail Standards
2. Placed with other inmates of your classification (when possible)
3. No differential in privileges or treatment due to race, age or religion.

# HEALTH CARE

Within 14 days of entry into Dewitt County Jail, you will receive an initial medical screening free of charge by the jail nurse. Answering truthfully and correctly is vital for your health needs. Medical staff will handle non-emergency illnesses from the daily sick call list. Emergencies will be handled as they arise.

Non-emergency illnesses are handled through the inmate request form and by having your name put on the daily sick call list at wake-up.

A Doctor is available approximately once per week for more serious non-emergency illnesses. You must be seen by the jail nurse to have your name placed on the Doctors list.

For local inmates, there will be a $10 fee for seeing the Nurse and a $15 fee for seeing the Doctor that will be deducted from your commissary account/ added to your fines.

page 6 #